# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ADRIANA MARTINEZ,

   Plaintiff

v.

WILD CHERRY TRUCKING, INC., et al.,

   Defendant

Case No.: 2:20-cv-0984-APG-NJK

**Order**

     Plaintiff Adriana Martinez filed this action in state court. Defendants Wild Cherry Trucking, Inc. and James Stuart Dunnington removed it to the unofficial southern division of this federal court. The accident giving to the case occurred in Lander County, Nevada, which is in the unofficial northern division of the court. Under Local Rule LR IA 1-8(a), a civil action "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." I ordered the parties to show cause why this action should not be transferred to the northern division. ECF No. 5. The agree the case should be transferred. ECF No. 9. Martinez did not respond.

     I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the removing defendants regarding deadlines related to removal or payment of the filing fee.

     DATED this 29th day of June, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE